UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEGAN GUERNSEY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:05-CV-801 CAS |
| SCHNUCK MARKETS, INC., and CONOPCO, INC., d/b/a Good Humor-Breyers Ice Cream, ) ) ) ) | |
| Defendants. ) | |

**ORDER OF REMAND**

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, Missouri, from which it was removed, for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __3rd__ day of August, 2005.